No.——

First Circuit

---

DAVIS v. DIXON.

DANGEREAU, Intervenor

---

(Jan. 7, 1927. Opinion and Decree.)

---

(*Syllabus by the Editor.*)

1. Louisiana Digest—Appeal—Par. 475.

Record filed in the appellate court within three days of the expiration of the return day, is timely.

2. Louisiana Digest—Appeal—Par. 518, 729.

The absence of evidence from the record which is not imputable to the appellant will not cause a dismissal of the case, but a remand to the lower court for completion.

·Appeal from the District Court, Vernon Parish. Hon. Hal A. Burgess, Judge.

Action by J. Henry Davis against Turner T. Dixon, and Alfred Dangereau, intervenor.

Case remanded to the lower court for completion of evidence.

P. L. Ferguson, of Leesville, attorney for plaintiff, appellant.

S. I. Foster, of Leesville, attorney for defendant, appellee.

MOUTON, J. Appellee moves to dismiss this appeal because the record was filed at Lake Charles, where this court sits, one day after the return day had expired; and, in the alternative, because the testimony is not in the record.

The record was filed within three days from the expiration of the return day. This filing was in time.

The absence of the evidence from the record is not imputable to the appellant who prays that the record be returned to the clerk of court at Leesville for completion. This showing having been made by appellant by motion filed in this court, it is therefore ordered that this record be returned to the clerk of court at Leesville, Louisiana, to be completed by the filing of the testimony of evidence in the record, and when the record is completed to be returned to the clerk of the Court of Appeal at Baton Rouge, Louisiana.